**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PHILIPS, et al.** | : | **No. 2:26-cv-1458** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Chief Judge Bissoon** |
| | : | |
| **BIVENS, et al.** | : | **Electronically Filed Document** |
| | : | *Complaint Filed 7/7/26* |
| | : | |
| **Defendants** | : | |

**STIPULATION FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**

AND NOW comes Defendant Lt. Col. George L. Bivens ("PSP Defendant") by and through his attorneys Margaret A. Potter, Deputy Attorney General and Nicole R. DiTomo, Chief Deputy Attorney General, Civil Litigation Section and files the herein Stipulation for Extension of Time to File an Answer to Plaintiff's Complaint [ECF No. 1]:

1. On July 7, 2026, Plaintiff initiated this instant action by filing a Complaint. [ECF No. 1].

2. On August 20, 2026, undersigned counsel entered her appearance in this action. [ECF No. 9].

3. An answer to Plaintiff's Complaint by PSP Defendant is due September 8, 2026. [ECF No. 10].

4. Undersigned counsel spoke with Plaintiff's counsel on September 8, 2026 via telephone and stated due to competing deadlines as well as a family death undersigned counsel needed additional time to file a responsive pleading to Plaintiff's Complaint.

5. Plaintiff's counsel agreed to a forty-five (45) day extension for PSP Defendant to file a responsive pleading to Plaintiff's Complaint.

6. Pursuant to LCvR7(E), the parties, without Court approval, may file a stipulation one time which extends for a period not to exceed forty-five (45) days from the original due date the time for filing either an answer to a complaint or a motion pursuant to Fed. R. Civ. P. 12.

7. Pursuant to LCvR7(E), the parties stipulate to a forty-five (45) day extension for PSP Defendant to file a responsive pleading to Plaintiff's Complaint on or before **October 23, 2026**.

**Respectfully submitted,**

**DAVID W. SUNDAY, JR.**
**Attorney General**

**By:** ***s/ Margaret A. Potter***
**MARGARET A. POTTER**
**Deputy Attorney General**
**Attorney ID # 330428**

**NICOLE R. DITOMO**
**Chief Deputy Attorney General**
**Civil Litigation Section**

***Counsel for Defendant Bivens***

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: 412-495-0092**

**mpotter@attorneygeneral.gov**

**Date: September 8, 2026**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PHILIPS, et al.** | : | **No. 2:26-cv-1458** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Chief Judge Bissoon** |
| | : | |
| **BIVENS, et al.** | : | **Electronically Filed Document** |
| | : | *Complaint Filed 7/7/26* |
| | : | |
| **Defendants** | : | |

**CERTIFICATE OF SERVICE**

I, Margaret A. Potter, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on September 8, 2026, I caused to be served a true and correct copy of the foregoing document titled ***STIPULATION*** to the following:

**VIA Electronic Filing**
**Michael Antonio Giaramita, Jr.**
**Giaramita Law Offices P.C.**
**101 West Chester Pike, Ste. 1a**
**Havertown, PA 19083**
**mike@glawpa.com**
*Counsel for Plaintiffs Philips, Gun Owners of America, Inc., and Gun Owners Foundation*

***s/ Margaret A. Potter***
Margaret A. Potter
Deputy Attorney General